IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYNDALL FEDERAL CREDIT UNION, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) ) Case No. 1:17-cv-111-WC ) |
| DARTY PROPERTIES, LLC, and DAVID LANDON DARTY, | ) ) ) |
| Defendants/Counter-Claimant/ Third-Party Plaintiffs, | ) ) ) |
| v. | ) ) |
| GOOD CENTS CONSTRUCTION CONSULTANTS, LLC, | ) ) ) |
| Counter-Defendant. | ) |

## **ORDER**

The parties have filed a Joint Stipulation of Dismissal (Doc. 102) agreeing and stipulating that all claims asserted in this case have been settled and that the claims are due to be dismissed with prejudice. Accordingly, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED with prejudice, with each party to bear their own costs. It is further

ORDERED that all pending motions are DENIED as moot and all future deadlines and settings are terminated.

DONE this 10th day of July, 2019.

                                            /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            CHIEF UNITED STATES MAGISTRATE JUDGE